*Lyon Boston* for appellants.

*Peter Keber, Leo P. Dorsey* and *Harry A. Le Bien* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ. Taking no part: CONWAY, J.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. NEW YORK CENTRAL RAILROAD COMPANY, Appellant and Respondent, against STATE TAX COMMISSION, Respondent, and CITY OF NEW YORK, Intervener-Respondent-Appellant.

Argued June 1, 1954; decided July 14, 1954.

*Gerald E. Dwyer, Clyde Brown, Jr.,* and *Lee P. Gagliardi* for appellant-respondent.

*Nathaniel L. Goldstein, Attorney-General* (*Edward J. Grogan, Jr., Wendell P. Brown* and *George A. Radz* of counsel), for respondent.

*Adrian P. Burke, Corporation Counsel* (*Timothy F. Cohan* of counsel), for intervener-respondent-appellant.

Order affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.